**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEFFREY JEROME FLAMER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| **G. BRADLEY, Correctional Officer,** | : | |
| **MS. EMMIT, Nurse, LEWIS,** | : | |
| **Correctional Officer and S.** | : | |
| **GEORGE, Correctional Officer** | : | **NO. 21-4326** |

## ORDER

**NOW**, this 31st day of March, 2022, upon consideration of the Motion of Defendant, Shannon Emmett, RN, to Dismiss the Complaint of Plaintiff, Jeffrey Jerome Flamer, for Failure to State a Cause of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 18), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** as to the defendant Shannon Emmett, RN.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.